ALVIN R. HARRIS, EXECUTOR (ESTATE OF PAUL P.
HARRIS), ET AL. *v.* GEORGE NOVOTASKY

HOUSE, C. J., RYAN, SHAPIRO, LOISELLE and MACDONALD, JS.

Argued June 7—decided June 8, 1972

*Homer G. Scoville,* with whom, on the brief, was
*Harvey A. Katz,* for the appellant (named plain-
tiff).

*Snow G. Munford,* for the appellee (defendant).

PER CURIAM. The question on this appeal involves
an issue of fact, and the verdict of the jury was a
result reasonably reached on a permissible view of
the evidence.

There is no error.